# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

RITA CROWDER,                )
                                  )

        **Plaintiff,**         )
                                  )

      **v.**                    )       **No. 3:12-cv-01138**
                                  )       **Judge Sharp**

**G.UB.MK CONSTRUCTORS, et al.,**  )
                                  )

        **Defendants.**      )

## ORDER

On January 2, 2013, the Magistrate Judge entered a Report and Recommendation (Docket No. 30) recommending that three nonparties' Motions to Quash Summons and Service of Summons and/or Motions to Dismiss (Docket Nos. 15, 17, & 19) be granted and that WorleyParsons Group, Inc., Williams Plant Services, LLC, and URS Energy & Construction, Inc. be dismissed as defendants in this action. No objections to the Report and Recommendation were filed.

The Court has reviewed the matter in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and Rule 72.03, Local Rules of Court. After reviewing the record, the Court finds no error in the Magistrate Judge's recommendation. Accordingly, it is ACCEPTED and the motions to dismiss are GRANTED. The above-referenced nonparties are hereby dismissed as defendants in this action.[1]

It is SO ORDERED.

                                        _Kevin H. Sharp_

                                        KEVIN H. SHARP
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the subsequently entered Initial Case Management Order (Docket No. 32) reflects that Defendant G.UB.MK Constructors has waived service-related defenses with regard to itself.