IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RITA CROWDER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 3:12-cv-1138 |
| G.UB.MK CONSTRUCTORS;<br>GUBMK CONSTRUCTORS; | ) ) JUDGE SHARP<br>) MAGISTRATE BRYANT |
| Defendants. | ) ) |

## CORRECTED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Rita Crowder and G.UB.MK Constructors; GUBMK Constructors, acting through their respective counsel of record, hereby stipulate that Plaintiff's action against the Defendants in this case is dismissed with prejudice, with each party to bear their own fees and costs, including any discretionary costs.

Done this the ___ of December, 2013.

_Kevin H. Sharp_
JUDGE

**RESPECTFULLY SUBMITTED AND
APPROVED FOR ENTRY:**

s/Debra A. Wall by RBM with permission
Debra A. Wall, BPR No. 011331
133 Franklin Street
Clarksville, TN 37040
(931) 906-3904 (phone)
(931) 906-3908 (fax)
*Attorney for Plaintiff*

      <u>s/Rebecca B. Murray</u>
Rebecca B. Murray, BPR No. 011622
Jerome D. Pinn, BPR No. 017848
Wimberly Lawson Wright Daves & Jones, PLLC
550 Main Avenue, Suite 900
Knoxville, TN 37902
(865) 546-1000 (phone)
(865) 546-1001 (fax)


Fredrick J. Bissinger BPR No. 019671
Wimberly Lawson Wright Daves & Jones, PLLC
200 Fourth Avenue North
Suite 600
Nashville, TN 37219
(615) 727-1000(phone)
(615) 727-1001(fax)

*Attorneys for Defendant*